No. 10–5033. FERRI *v.* CORBETT, ATTORNEY GENERAL OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 10–5034. HINES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5035. GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5036. PALAZZO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5037. PHILIUS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5042. KELLY *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–5043. SMALL *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–5044. SCHAEFER *v.* HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5045. SOROKIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5046. ADAMS *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Cumberland County, N. C. Certiorari denied.

No. 10–5047. BROWN *v.* CAMDEN COUNTY COUNSEL ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–5048. AGEE *v.* BRITTEN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–5049. BRUCE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5050. ANTHONY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5051. PRESCOTT *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.